UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EFFEXOR (VENLAFAXINE
HYDROCHLORIDE) PRODUCTS LIABILITY
LITIGATION                                                                                           MDL No. 2458

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On August 6, 2013, the Panel transferred 4 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 6, 2013, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 20, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: EFFEXOR (VENLAFAXINE
HYDROCHLORIDE) PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 2458

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| ~~CAC~~ | ~~2~~ | ~~13−05043~~ | ~~J.K. B. et al −v− Pfizer Inc et al~~ |

**CALIFORNIA EASTERN**

| | | | |
|---|---|---|---|
| ~~CAE~~ | ~~2~~ | ~~13−01401~~ | ~~R. et al v. Pfizer, Inc.~~ |

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| ~~CAN~~ | ~~3~~ | ~~13−03226~~ | ~~J.M.J. et al v. Pfizer, Inc. et al~~ |
| CAN | 4 | 13−03037 | E. et al v. Pfizer, Inc. |
| CAN | 4 | 13−03039 | A.B. v. McKesson Corporation et al |

**CALIFORNIA SOUTHERN**

| | | | |
|---|---|---|---|
| ~~CAS~~ | ~~3~~ | ~~13−01674~~ | ~~K.P.P. et al v. Pfizer, Inc. et al~~ |
| CAS | 3 | 13−01675 | M.M.R. et al v. Pfizer, Inc. et al |
| ~~CAS~~ | ~~3~~ | ~~13−01686~~ | ~~L.C.V. et al v. Pfizer, Inc. et al~~ |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 13−03340 | Thrall et al v. Pfizer Inc. et al |
| NYS | 1 | 13−03341 | Montero et al v. Pfizer Inc. et al |
| NYS | 1 | 13−03342 | Reed et al v. Pfizer Inc et al |
| NYS | 1 | 13−03343 | Rodgers et al v. Pfizer Inc et al |
| NYS | 1 | 13−03344 | Covert et al v. Pfizer Inc. et al |
| NYS | 1 | 13−03345 | Gear et al v. Pfizer Inc. et al |
| NYS | 1 | 13−03346 | Young−Ghiorso et al v. Pfizer Inc. et al |
| NYS | 1 | 13−03347 | Seitz et al v. Pfizer Inc. et al |
| NYS | 1 | 13−03348 | Browning v. Pfizer Inc. et al |
| NYS | 1 | 13−03349 | Dolloff v. PFizer Inc., et al |
| NYS | 1 | 13−03351 | Houchin et al v. Pfizer Inc., et al |
| NYS | 1 | 13−03352 | Foresman v. Pfizer, Inc. et al |
| NYS | 1 | 13−03353 | Stutz et al v. Pfizer Inc. et al |

| | | | |
|---|---|---|---|
| NYS | 1 | 13−03354 | Taylor v. Pfizer Inc. et al |
| NYS | 1 | 13−03355 | Jones v. Pfizer, Inc. et al |
| NYS | 1 | 13−03356 | Chancey v. Pfizer Inc., et al |
| NYS | 1 | 13−03357 | Sanchez et al v. Pfizer Inc., et al |
| NYS | 1 | 13−03358 | Bonds v. Pfizer Inc et al |
| NYS | 1 | 13−03359 | Windsor et al v. Pfizer Inc et al |
| NYS | 1 | 13−03360 | Ricks et al v. Pfizer Inc et al |
| NYS | 1 | 13−03361 | Dilling v. Pfizer Inc et al |
| NYS | 1 | 13−03362 | Kauffman et al v. Pfizer Inc et al |
| NYS | 1 | 13−03363 | Oller et al v. Pfizer Inc et al |
| NYS | 1 | 13−03365 | Strickland v. Pfizer Inc et al |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 3 | 13−01778 | Burridge v. Wyeth Pharmaceuticals, Inc. et al |