**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  EFFEXOR (VENLAFAXINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No.  2458 |
| | : | 2:13-md-02458-CMR |
| | : : | |
| THIS DOCUMENT RELATES TO: | : : | HON. CYNTHIA M. RUFE |
| *ALL CASES* | : | |

**APPLICATION OF STEPHEN A. CORR, ESQUIRE**
**TO SERVE AS PLAINTIFFS' INTERIM AND PERMANENT LIAISON COUNSEL**

Pursuant to Pretrial Order No. 1, Stephen Corr submits this application for the appointment as Plaintiffs' Interim Liaison Counsel and Plaintiffs' Permanent Liaison Counsel in the above-referenced matter.  Mr. Corr is willing and able to commit the time and resources necessary to perform this role.  Mr. Corr has experience working cooperatively and effectively with Courts, defense counsel and other Plaintiffs' Steering Committees in major mass tort pharmaceutical litigation.  Pursuant to PTO 1, Mr. Corr conferred with counsel for the plaintiffs and all agreed with his selection as Interim Liaison Counsel.

**PROFESSIONAL EXPERIENCE**

Mr. Corr is an attorney with Stark & Stark in Yardley, Pennsylvania.  He graduated from the University of Notre Dame in 1989 (B.A., History) and Villanova University School of Law in 1992.  He is a member of the Bucks County Bar Association, the American Bar Association and the American Association for Justice.  He is admitted to practice before the bars of

Pennsylvania and New Jersey, and has been admitted to the United States District Court, Eastern District of Pennsylvania, United States District Court, Middle District of Pennsylvania, United States District Court, District of New Jersey as well as the United States Court of Appeals for the Third Circuit and the United States Court of Appeals for the Eleventh Circuit.  Mr. Corr has lectured on various topics including mass tort practice, Pennsylvania Civil Procedure in state and federal courts, and the use of technology in the courtroom.

Mr. Corr began his legal career with a small insurance defense litigation firm in Warminster, Pennsylvania, Corr, Stevens & Fenningham, where he represented individuals as well as large insurance companies.  He handled all aspects of litigation and tried over thirty cases to a jury in his first nine years of practice.  Mr. Corr then joined the Philadelphia medical malpractice law firm McCann & Geschke where he represented physicians and hospitals in medical malpractice litigation.  From 2001 until July 2012, Mr. Corr practiced with Mellon Webster & Shelly, now Mellon & Webster, in Doylestown, Pennsylvania representing individuals in mass tort, class actions and complex litigation.  In December, 2012, Mr. Corr became a shareholder with Stark & Stark where he continues to represent individuals in mass torts, class actions and other complex litigation.

Mr. Corr has represented hundreds of clients in various mass torts, class actions and other multidistrict litigations.  He represented clients in the following multidistrict litigations: *In Re: Diet Drugs Products Liability Litigation*, MDL 1203 (E.D.Pa.);  *In Re: Prempro Products Liability Litigation*, MDL 1507 (E.D.Ar.);  *In Re: Terrorist Attacks on September 11, 2001*, MDL 1570 (S.D.NY);  *In Re: Vioxx Products Liability Litigation*, MDL 1657 (E.D.La.);  *In Re: Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D.Pa.);  *In Re: Comcast Corp. Set-Top Cable Television Box Antitrust Litigation*, MDL

2034 (E.D.Pa.); *In Re Hydroxycut Marketing and Sales Practices Litigation*, MDL 2087

(S.D.Ca.); and, *In Re:  Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL

2342 (E.D.Pa.).  In addition, Mr. Corr is co-lead counsel in *Westgate Ford Truck Sales, Inc. v.*

*Ford Motor Company* (C.C.P., Cuyahoga County, Ohio, No. CV 02-483526), a national class

action involving more than 3,000 Ford truck dealers.


### ABILITY TO WORK COOPERATIVELY WITH OTHERS

Mr. Corr has been appointed to serve as Plaintiffs' Liaison Counsel by this Court in *In*

*Re: Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871, and in

*In Re:  Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342.  He has

also been appointed by Honorable Anita Brody to serve as Plaintiffs' Liaison Counsel in *In Re:*

*Comcast Corp. Set-Top Cable Television Box Antitrust Litigation*, MDL 2034 (E.D.Pa.).  Mr.

Corr has worked cooperatively with the Court, plaintiffs' counsel and defense counsel in all three

of those litigations and has fulfilled his responsibilities as Liaison Counsel without incident.

In this litigation, while still in its infancy, Mr. Corr has been working with various

plaintiffs' counsel and defense counsel to begin the process of organizing counsel in this MDL.

Mr. Corr has begun the process of creating a database containing the contact information for all

counsel in the litigation.  Mr. Corr has spoken with many plaintiffs' counsel and will be speaking

with defense counsel to arrange for the efficient coordination of counsel and to discuss

coordination among the state and federal courts.  On September 16, 2013, Mr. Corr participated

in a conference call among all known plaintiffs' counsel in this litigation.  During the call, it was

suggested that Mr. Corr be nominated to serve as Plaintiffs' Interim Liaison Counsel.  To the

best of Mr. Corr's information and belief, there has been no objection to his appointment as

Plaintiffs' Interim Liaison Counsel, and Mr. Corr believes there is consensus in support of his appointment as set forth in Pretrial Order No. 1.

WHEREFORE, Stephen A. Corr, Esquire, respectfully requests that this Honorable Court consider his application for appointment as Plaintiffs' Interim Liaison Counsel and, after hearing at the initial status conference, consider him for appointment as Plaintiffs' Liaison Counsel.

Respectfully submitted,

/s      Stephen A. Corr
Stephen A. Corr, Esquire
Stark & Stark, P.C.
777 Township Line Road, Suite 120
Yardley, PA  19067-5559
Tel:  (267) 907-9600
Fax:  (267) 907-9659
scorr@stark-stark.com

Dated:  September 19, 2013

## <u>CERTIFICATION OF SERVICE</u>

I, Stephen A. Corr, hereby certify that the foregoing document was filed electronically

through the court's CM/ECF system, is available for viewing and downloading on the court's

electronic docketing system and is being served upon all registered users of the ECF system.


Respectfully submitted,

*/s        Stephen A. Corr*
Stephen A. Corr, Esquire
Stark & Stark, P.C.
777 Township Line Road, Suite 120
Yardley, PA  19067-5559
Tel:  (267) 907-9600
Fax:  (267) 907-9659
scorr@stark-stark.com

Dated:  September 19, 2013